526 P.2d 798

**Joey Jacob ROMERO, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10145.**

Supreme Court of New Mexico.

Sept. 10, 1974.

Further ordered that the record in Court of Appeals Cause No. 1209, 86 N.M. 674, 526 P.2d 816 be and the same is hereby returned to the Clerk of the Court of Appeals.

526 P.2d 798

**Kenneth D. DOUGLAS, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10155.**

Supreme Court of New Mexico.

Sept. 20, 1974.

Further ordered that the record in Court of Appeals Cause No. 1334, 86 N.M. 665, 526 P.2d 807 be and the same is hereby returned to the Clerk of the Court of Appeals.

526 P.2d 798

**Jose E. QUINTANA, aka Henry Quintana, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10156.**

Supreme Court of New Mexico.

Sept. 20, 1974.

Further ordered that the record in Court of Appeals Cause No. 1291, 86 N.M. 666, 526 P.2d 808 be and the same is hereby returned to the Clerk of the Court of Appeals.